**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-7710**

———————————

MUHAMMAD ABD SALEEM EURY,

                                          Plaintiff - Appellant,

      versus

MR. KEELIN, Assistant Warden; MR. GIBBS;
LIEUTENANT ROSS; SERGEANT BERNARDO; SERGEANT
SHAFER,

                                   Defendants - Appellees,

      and

JOHN TAYLOR, Warden; MR. MOREHEAD,

                                        Defendants.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, Senior District Judge. (CA-00-415-2)

———————————

Submitted: February 22, 2001      Decided: March 1, 2001

———————————

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Muhammad Abd Saleem Eury, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Muhammad Abd Saleem Eury appeals the district court's order dismissing without prejudice his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Eury v. Keelin, No. CA-00-415-2 (E.D. Va. Nov. 21, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED